# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR09-1031-CAS -1 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| QUINTIN WENDELL BRAZIER, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On December 4, 2017 and December 18, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 3, 2017. Government counsel, Alex Wyman, the defendant and his CJA appointed attorney, David Evans, were present. The U.S. Probation Officer, Joseph Carlos, was also present.

The defendant denied violation of his supervised release as stated in allegation no. 1 of the petition filed November 3, 2017. The defendant admitted violation of his supervised release as stated in allegations no. 2, 3, 4, and 5 of the petition filed November 3, 2017. The government's motion to dismiss allegation no. 1 was granted. The Court found the admissions voluntary and knowledgeable and accepted them.

The Court further found that the defendant was in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of April 25, 2011, the Petition on Probation and Supervised Release of March 3, 2015, and the Petition on Probation and Supervised Release of August 15, 2017.

1 | IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked and reinstated. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of one (1) day, which is ordered satisfied by his appearance in Court today. His release is ordered forthwith.

The defendant is placed on supervised release for a term of two (2) years on the same terms and conditions as previously imposed, with the added special terms and conditions, as follows:

- The offender shall perform 150 hours of community service, as directed by the Probation Officer. The Court approves the community service to be completed at the Self Help Recovery & Exchange Program ("SHARE") ;
- The offender shall reside for a period not to exceed 180 days in a residential reentry center (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility;
- The residential reentry center placement shall be suspended but can be enforced by the Probation Officer upon a determination that his residential status has become unstable, including any reports of domestic violence or continued significant domestic discourse;
- The offender shall participate in mental health treatment, which may include evaluation and individual or family/marriage counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer; and
- The offender shall not batter, stalk, harass, intimidate, or threaten his wife, Shenick Brazier. The offender shall not enlist someone else to batter, stalk, harass, intimidate, or threaten Shenick Brazier.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   December 19, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
    Catherine M. Jeang,  Deputy Clerk